IH-32                                                                                                                   Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

---

**Full Caption of Later Filed Case:**

Rudolph W Giuliani

| Plaintiff | Case Number |
|---|---|
| vs. | |
| John Catsimatidis, Red Apple Media, Inc., WABC Radio Foundation Inc., and WABC Radio, LLC | |
| Defendant | |

**Full Caption of Earlier Filed Case:**

(including in bankruptcy appeals the relevant adversary proceeding)

Maria Ryan

| Plaintiff | Case Number |
|---|---|
| vs. | 1:24-CV-09422 (VSB) |
| John Catsimatidis, Red Apple Media, Inc., WABC Radio Foundation, Inc., WABC Radio, LLC, and Chad Lopez | |
| Defendant | |

IH-32                                                                                                      Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed    (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

✔ Open      (If so, set forth procedural status and summarize any court rulings.)

On December 10, 2024, Defendants removed the earlier case to federal court. On December 30, 2024, Defendants moved to dismiss the Complaint. On January 15, 2025, after Plaintiff missed the deadline to oppose Defendants' motion, Judge Broderick ordered Plaintiff to file an opposition by February 5, 2025, and that if Plaintiff did not submit an opposition, the Court would consider Defendants' motion to dismiss as unopposed. To date, Plaintiff never filed any opposition to Defendants' motion to dismiss.

On October 31, 2025, Plaintiff for the first time requested leave to file an opposition. On November 24, 2025, Defendants filed a letter opposing Plaintiff's request for leave to file an opposition. Defendants' motion to dismiss is currently pending.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The two cases are related because they share substantially similar transactions and events and there is substantial factual overlap.

In the earlier case ("Ryan Case"), Plaintiff Maria Ryan alleges that she was discriminated against based on gender and that Rudy Giuliani, the Plaintiff in the later case ("Giuliani Case"), allegedly complained to Defendants about the alleged discriminatory practices against Plaintiff Ryan. In the Giuliani Case, Plaintiff Giuliani also alleges his purported complaints about the alleged discriminatory treatment against Plaintiff Ryan.

Both cases have substantially similar Defendants, except that the Ryan Case includes an additional individual Defendant. Both cases allege that Plaintiff Giuliani's alleged termination was pretextual and retaliatory in response to his alleged complaints about Plaintiff Ryan's alleged discriminatory treatment.

Signature: **S/ Douglas J. Klein**          Date: **1/20/26**

Jackson Lewis, P.C.

Firm: _____